UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7504

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GLENN LEE WILLIAMS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge. (CR-95-136-F; CA-98-513-5-F)

Submitted:  June 10, 2004          Decided:  June 16, 2004

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Glenn Lee Williams, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenn Williams appeals from the district court's order denying his motion to amend his petition filed under 28 U.S.C. § 2255 (2000). Williams also asserts that in the order denying his motion to amend the district court improperly permitted the Government to file a motion for summary judgment in his habeas litigation. The district court has since granted summary judgment in favor of the Government and dismissed his motion.

We have reviewed the record and conclude that Williams has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001).

We therefore deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED